DENNIS SMITH, ON BEHALF OF *EDWARD WALKSNICE*, A MINOR CHILD, PETITIONER, *v*. TED CARKULIS, DIRECTOR OF MONTANA DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES, ET AL., RESPONDENTS.

No. 13304.
Decided May 4, 1976.
548 P.2d 1396.

ORDER

PER CURIAM:

Upon reading and filing the motion of respondents to ex-

punge the record or grant other appropriate relief, and good cause appearing.

IT IS HEREBY ORDERED that said motion be granted as to expunging the record and dismissing the application here. The matter is ordered returned to the district court for further proceedings if such be deemed necessary.